UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CHARLES B MCCOMAS

DEBTOR_____/

CASE NO.: 15-20459-BKC-LMI
PROCEEDING UNDER CHAPTER 13

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$2,012.72** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 8-3-16

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

CHARLES B MCCOMAS
700 BILTMORE WAY, #801
CORAL GABLES, FL 33134

BAC FLORIDA BANK
1 CORPORATE DR #360
LAKE ZURICH, IL 60047

YONI MARKHOFF, ESQUIRE
1835 NE MIAMI GARDENS DRIVE
SUITE 143
NORTH MIAMI BEACH, FL 33179

BAC FLORIDA BANK
1 CORPORATE DR #360
LAKE ZURICH, IL 60047

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 15-20459-BKC-LMI

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

### CASE NO.: 15-20459-BKC-LMI

| Claimant | Amount |
|---|---|
| BAC FLORIDA BANK<br>1 CORPORATE DR #360<br>LAKE ZURICH, IL  60047 | $1,653.76 |
| | UNDELIVERABLE/STALE<br>CLAIM REGISTER# 0 |
| BAC FLORIDA BANK<br>1 CORPORATE DR #360<br>LAKE ZURICH, IL  60047 | $358.96 |
| | UNDELIVERABLE/STALE<br>CLAIM REGISTER# 0 |