**ORDERED in the Southern District of Florida on** _Oct. 31, 2016_

Laurel Myerson Isicoff, Chief Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                 Case No. 15-20459-LMI

CHARLES B. MCCOMAS                                    Chapter

_____Debtor_____/

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by <u>Leyza F. Blanco, Esq.</u> on behalf of <u>U.S. Mortgage Finance III, LLC</u> and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to <u>U.S. Mortgage Finance III, LLC</u> and, if applicable, the "funds locator" or attorney submitting the application, <u>Leyza F. Blanco</u>, the sum of $2,012.72 now held as unclaimed funds in the treasury for the original claimant <u>BAC Florida Bank</u>.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue

LF-29 (rev. 12/01/09)                                             Page 1 of 2

in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

### 

**Copies to:**
U.S. Mortgage Finance III, LLC
Leyza F.Blanco, Esq.