

ORDERED in the Southern District of Florida on _____

Laurel Myerson Isicoff, Chief Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Charles B. McComas

Debtor(s)

Case No: 15-20459-BKC-LMI
Chapter: 13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Dilks & Knopik, LLC on behalf of BAC Florida Bank and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1 (D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to BAC Florida Bank and, if applicable, the "funds locator" or attorney submitting the application, Dilks & Knopik, LLC, the sum of $2,012.72 now held as unclaimed funds in the treasury for the original claimant BAC Florida Bank.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

Copies to:
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)