

ORDERED in the Southern District of Florida on February 21, 2017.

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                Case No.  15-20459-BKC-LMI

CHARLES B. MCCOMAS,                                   Chapter  13

        Debtor(s).
_____/

### ORDER VACATING ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter came before the Court upon a Request to Withdraw Document [ECF #53] (ECF #56) filed by Interested Party Dilks & Knopik, LLC on February 15, 2017.  A review of the record indicates that Dilks & Knopik had filed an Application to Withdraw Unclaimed Funds in the Amount of $2,012.72 (ECF #53) on February 1, 2017 and the Court entered an Order for Payment of Unclaimed Funds (ECF #54).  Based on the record, it is,

ORDERED that:

1.    The Order for Payment of Unclaimed Funds (ECF #54) is VACATED.

###

Copies furnished to:
Brian J. Dilks, Esq.

\